CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

CHRISTOPHER J. OLSON, ESQ. (192689)
SWEENEY MASON LLP
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
colson@smwb.com
Attorney for Defendants
25-29 37th Ave LLC and T&K 1306 LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>    Plaintiff,<br><br>v.<br><br>25-29 37TH AVE LLC, a California Limited Liability Company;<br>T&K 1306 LLC, a California Limited Liability Company<br><br>    Defendants. | Case: 3:21-cv-7523-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 5, 2022          CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff

Dated: January 5, 2022          SWEENEY MASON LLP

                                By: /s/ Christopher J. Olson
                                    Christopher J. Olson
                                    Attorney for Defendants
                                    25-29 37th Ave LLC and T&K 1306 LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Christopher J. Olson, counsel for 25-29 37th Ave LLC and T&K 1306 LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 5, 2022         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff